**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
  E-Mail: Julian.Pardini@lewisbrisbois.com
ANGELA A. ZANIN, SB# 229149
  E-Mail: Angela.Zanin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff SPINNAKER INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOHAMMAD BAGHERABADI,<br><br>          Defendant. | Case No. 2:21-cv-07535-SK<br><br>**ORDER DISMISSING CIVIL ACTION**<br><br>Trial Date:     None Set |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 21, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

4858-5451-3957.1

ORDER DISMISSING CIVIL ACTION